# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JONATHON STEINSULTZ, individually, and on behalf of all others similarly situated, ) ) ) Plaintiff, ) ) ) v. ) ) AISIN MANUFACTURING ILLINOIS, LLC, ) ) Defendant. ) | Case No. 3:24-CV-02331 <br><br> JURY TRIAL DEMANDED |

## NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 68

Plaintiff Jonathon Steinsultz, by and through his attorneys, hereby submits his Notice of Acceptance of Offer of Judgment Pursuant to Federal Rule of Civil Procedure 68. Defendant's Offer of Judgment, propounded under Federal Rule of Civil Procedure 68 on March 11, 2025, is attached hereto as Exhibit A. Plaintiff accepted the offer on March 24, 2025. *See* Exhibit B. According to the terms of the Offer of Judgment, Plaintiff respectfully requests that a judgment be immediately entered by this Court in the amount of $50,000 in favor of the Plaintiff and against Defendant.

WHEREFORE, Plaintiff Jonathon Steinsultz, by and through his attorneys, hereby gives Notice of his Acceptance of Defendant's Rule 68 Offer of Judgment.

Dated: March 24, 2025                           Respectfully Submitted,

                                                /s/ Gillian C. Kimmons

                                                Gillian C. Kimmons
                                                Ryan F. Stephan
                                                James B. Zouras
                                                **STEPHAN ZOURAS, LLC**
                                                222 W. Adams St.

1

Suite 2020
Chicago, Illinois 60606
312.233.1550
312.233.1560 *f*
gkimmons@stephanzouras.com
rstephan@stephanzouras.com
jzouras@stephanzouras.com
Firm ID: 43734

**ATTORNEYS FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

I, the attorney, hereby certify that on March 24, 2025, I filed the attached with the Clerk of the Court using the electronic filing system which will send such filing to all attorneys of record.

*/s/ Gillian C. Kimmons*