IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JONATHON STEINSULTZ, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Case No. 24-cv-2331-SMY ) |
| AISIN MANUFACTURING ILLINOIS, LLC, | ) ) ) |
| Defendant. | ) ) |

## JUDGMENT IN A CIVIL ACTION

**IT IS HEREBY ORDERED AND ADJUDGED** that by the Notice of Acceptance with Offer of Judgment filed on March 24, 2025, pursuant to Federal Rule of Civil Procedure 68 (a) (Doc. 24), **JUDGMENT** is entered in favor of Plaintiff and against Defendant Aisin Manufacturing Illinois, LLC, in the amount of $50,000.  This matter is **DISMISSED with prejudice**.

**DATED:  March 25, 2025**

MONICA STUMP, Clerk of Court

**By: s/ Stacie Hurst, Deputy Clerk**

**Approved:**

**STACI M. YANDLE**
**United States District Judge**